**P.J. Zimmermann**
Chapter 7 Trustee
31566 Railroad Canyon Rd., #306
Canyon Lake, CA 92587
Telephone (951) 244-8544
Facsimile (951) 244-8454
E-mail pjzimmzimm@aol.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Daniel J. O'Neil<br>Carrie A. O'Neil<br><br><br>            Debtor(s). | CASE NO. 6:08-bk-15782 MJ<br><br>(Chapter 7)<br><br>NOTICE OF UNCLAIMED DIVIDEND(S)<br>(FRBP 3011) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 1018 in the sum of $5.73 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: March 16, 2011

/s/ P.J. Zimmermann
P.J. ZIMMERMANN, Trustee

| **CLAIMANT** | **DIVIDEND AMOUNT** |
|---|---|
| Total Care Family Medical Center<br>31712 Casino Drive, Ste. 8-D<br>Lake Elsinore, CA  92530 | $5.73 |